# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA SANCHEZ, individually,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-06837-JFW-MAA<br><br>Assigned to: Hon. John F. Walter<br><br>**JUDGMENT**<br><br>Complaint Filed: June 27, 2019 |

On March 25, 2020, the Court granted Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment in its entirety based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief against it.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in this action as follows:

1. Plaintiff Alma Sanchez shall recover nothing from Defendant Wells Fargo Bank, N.A.;

2. Defendant Wells Fargo Bank, N.A. shall have judgment in its favor with respect to Plaintiff Alma Sanchez's entire action; and

3. Defendant Wells Fargo Bank, N.A. shall recover from Plaintiff Alma Sanchez its costs of suit in the sum determined by the Clerk of the Court pursuant to Local Rule 54-1, *et seq*.

**IT IS SO ORDERED.**

Dated: April 7, 2020

_____
HONORABLE JOHN F. WALTER